**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Rudolph Technologies, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Camtek Ltd., <br><br> Defendant. | COURT MINUTES – CIVIL <br> BEFORE:  BECKY R. THORSON <br> U.S. MAGISTRATE JUDGE <br><br> Case No:        15-1246 WMW/BRT <br> Date:             July 24, 2017 <br> Courthouse:   Saint Paul <br> Time Commenced: 3:45 pm <br> Time Concluded:  4:15 pm <br> Time in Court:    30 Minutes |

Hearing on: **TELEPHONE CONFERENCE**

**APPEARANCES:**

　　　Plaintiff:   Daniel McDonald, William D. Schultz

　　　Defendant:   David Bilsker

**PROCEEDINGS:**

　　　Status conference held.


　　　　　　　　　　　　　　　　　　　　　*s/ Melissa S. Kruger*
　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy/Judicial Assistant