# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Rudolph Technologies, Inc.,<br><br>           Plaintiff,<br><br>v.<br><br>Camtek Ltd.,<br><br>           Defendant. | COURT MINUTES – CIVIL<br>BEFORE:  BECKY R. THORSON<br>U.S. MAGISTRATE JUDGE<br><br>Case No:       15-1246 WMW/BRT<br>Date:           July 25, 2017<br>Courthouse:   Saint Paul<br>Time Commenced: 3:30 pm<br>Time Concluded:  3:45 pm<br>Time in Court:    15 Minutes |

Hearing on: **TELEPHONE CONFERENCE**

**APPEARANCES:**

    Plaintiff:    Daniel McDonald, William D. Schultz

    Defendant:   David Bilsker

**PROCEEDINGS:**

    Status conference held.

                                     *s/ Melissa S. Kruger*
                                     Courtroom Deputy/Judicial Assistant