

3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
Telephone: 612.332.5300
Fax: 612.332.9081
www.merchantgould.com
A Professional Corporation

Direct Contact | William D. Schultz
612-336-4677
wschultz@merchantgould.com

July 28, 2017                        VIA E-MAIL

U.S. District Judge Wilhelmina M. Wright     wright_chambers@mnd.uscourts.gov
United States District Court
334 Federal Building
316 North Robert Street
St. Paul, MN 55101

Re:     *Rudolph Technologies, Inc. v. Camtek Ltd.*
        Case No. 15-cv-01246 (WMW/BRT)
        Our Ref.:  15067.0105USZA

Dear Judge Wright:

      Plaintiff Rudolph Technologies, Inc. and Defendant Camtek Ltd. jointly withdraw all motions pending before the Court, including:

| Docket No. | Motion |
|---|---|
| 300 | Rudolph Technologies, Inc.'s Motion To Exclude (1) Dr. Ugone's Opinion That Market Share Cannot Be Used To Measure Lost Profits And (2) His Reliance On A Product That Did Not Exist During The Damages Period As A Noninfringing Alternative |
| 306 | Camtek's *Daubert* Motion to Preclude Certain Opinions And Testimony Of Frances McCloskey |
| 313 | Rudolph Technologies, Inc.'s Motion To Exclude Dr. Mellor's Testimony Regarding Correlation Coefficient |
| 319 | Camtek's *Daubert* Motion To Preclude Certain Opinions And Testimony Of Dr. Joseph Mundy |
| 326 | Camtek's Motion For Summary Judgment Of No Lost Profits |
| 332 | Camtek's Motion For Summary Judgment Of Equitable Estoppel |
| 338 | Camtek's Motion For Summary Judgment Of Non-Infringement |
| 342 | Rudolph Technologies, Inc.'s Motion For Summary Judgment On Camtek's Affirmative Defenses |

July 28, 2017
Page 2

| 348 | Rudolph Technologies, Inc.'s Motion For Partial Summary Judgment Of Infringement |
|---|---|
| 447 | Camtek's Opening Claim Construction Brief |
| 448 | Rudolph Technologies, Inc.'s Opening Claim Construction Brief |
| 454 | Camtek's Opening Brief Regarding Claim Construction Of Additional Terms |

Yours truly,

*/s/ William D. Schultz*

William D. Schultz
Attorney on behalf of Rudolph Technologies, Inc.

*/s/ David Bilsker*

David Bilsker
Attorney on behalf of Camtek Ltd.

cc: Counsel of Record